VIRTUESQ LLC

CHRISTIAN L. KAMAU        10996-0
PO BOX 17098
Honolulu, Hawaii 96817
Phone: (808) 271-4537
Email: christian@virtuesq.com

Attorney for Plaintiff
STRIKE 3 HOLDINGS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Strike 3 Holdings LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>John Doe Subscriber assigned IP address 98.155.21.25,<br>    Defendant.<br>_____ | CIVIL NO. 1:22-cv-00353-HG-KJM<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that, on February 24, 2023, a true and correct copy of Plaintiff's First Amended Complaint and Plaintiff's Motion for Leave to File Unredacted Versions of Plaintiff's First Amend Complaint and all related documents have been served on Doe Defendant.

//

//

1

DATED: Honolulu, Hawaii, March 1, 2023.

/s/ Christian L. Kamau
CHRISTIAN L. KAMAU
Attorney for Plaintiff
STRIKE 3 HOLDINGS, LLC